IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COY PHELPS,

    Plaintiff,                  No. CIV S-03-2481 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.           <u>ORDER</u>

                            /

        Plaintiff is a federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

        On March 7, 2005, defendants filed a motion to compel responses to their first request for production of documents. Said motion was noticed for hearing on March 31, 2005, but was taken under submission without hearing due to plaintiff's incarceration. Defendants have neither provided a memorandum of fact and law in support of their motion nor a stipulation pursuant to Local Rule 37-251. The motion will therefore be denied without prejudice.

        On March 8, 2005, plaintiff filed a document styled "Plaintiffs' First Request for Admissions," and on March 14, 2005, plaintiff filed a document styled "Petitioners' Response to the Respondents First Interrogatory." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that

1

party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. Accordingly, the documents filed by plaintiff on March 8, 2005 and March 14, 2005 shall be placed in the court file and disregarded.

On March 28, 2005, plaintiff filed a document styled "Motion to Compel Disclosure and Discovery." To the extent that this motion seeks information from defendants that has not previously been the subject of a properly propounded discovery request, it is improper. See Fed. R. Civ. P. 37 (service of proper discovery request must precede motion to compel). To the extent that plaintiff seeks to compel responses to his first request for admissions, to which defendants responded by objecting to the entire request, see Defendants' Response to Plaintiff's Request for Admissions, Set One, filed March 17, 2005, plaintiff has failed to attach a copy of the discovery request to his motion and the court is therefore unable to determine whether further responses to that request are required.. For the foregoing reasons, plaintiff's motion will be denied without prejudice.

Finally, on April 6, 2005, defendants lodged a proposed order for the withdrawal of the law firm of Kronick, Moskovitz, Tiedemann & Girard as counsel for defendants. Defendants will be represented by Janice D. Magdich, Deputy City Attorney for the City of Lodi. Good cause appearing, counsel's withdrawal will be approved.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' March 7, 2005 motion to compel is denied without prejudice;

2. The discovery documents filed by plaintiff on March 8, 2005 and March 14, 2005 will be placed in the court file and disregarded;

3. Plaintiff's March 28, 2005 motion to compel is denied without prejudice;

4. The withdrawal of the law firm of Kronick, Moskovitz, Tiedemann & Girard as counsel for defendants is approved;

5. Defendants shall be represented in this action by Janice D. Magdich, Deputy City Attorney for the City of Lodi; and

6. The Clerk of the Court is directed to change the docket in this action in accordance with paragraphs 5 and 6 of this order.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
phel2481.mtc