IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COY PHELPS,

        Plaintiff,                      No. CIV S-03-2481 MCE JFM P

     vs.

STATE OF CALIFORNIA, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2005, plaintiff filed a document styled "Motion for Enlargement of Time." This document was apparently filed in response to the notice of withdrawal of the law firm of Kronick, Moskovitz, Tiedemann & Girard as counsel for defendants.[1] In the document, plaintiff contends that the Kronick firm did not respond to any of his discovery requests and that defendants will need additional time to respond to outstanding discovery.

        Plaintiff is not a proper party seek an extension of time on defendants' behalf.

/////

---

[1] The firm's withdrawal was approved by order filed April 25, 2005. Defendants are represented by Janice D. Magdich, Deputy City Attorney for the City of Lodi.

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 21, 2005 motion is

2 denied.

3 DATED: May 6, 2005.

                                        UNITED STATES MAGISTRATE JUDGE

8 12/kf
phel2481.o2