IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COY PHELPS,

        Plaintiff,                    No. CIV S-03-2481 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.            <u>ORDER</u>

                                /

        Plaintiff is a federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2005 plaintiff filed a motion to continue the pretrial conference set in this matter due to defendants' alleged failure to provide discovery responses. On June 24, 2005, defendants filed a motion to dismiss this action as time-barred. On September 28, 2005, defendants City of Lodi, City of Lodi Police Department, Chief Jerry Adams and "1 Unknown Female Officer" filed an application for an extension of time to file a pretrial statement and a continuance of the pretrial conference presently set for October 14, 2005 due to the pendency of their motion for summary judgment.

        After review of the record herein, and good cause appearing, the parties will be relieved of their obligation to file pretrial statements and the date set for pretrial conference will be vacated. The court will not, however, reopen discovery in this matter. The dates vacated by

1

this order will be reset, as appropriate, following resolution of defendants' motion for summary judgment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 13, 2005 motion is granted in part;

        2. Defendants' September 28, 2005 request is granted;

        3. Discovery closed on April 29, 2005 and that date is confirmed;

        4. The parties are relieved of the obligation to file pretrial statements until further order of court; and

        5. The pretrial conference set for October 14, 2005 before the undersigned is vacated and will be reset, as appropriate, following resolution of defendants' June 24, 2005 motion for summary judgment.

DATED: October 11, 2005.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

12
phel2481.vac