IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COY PHELPS,

        Plaintiff,                    No. CIV S-03-2481 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.             <u>ORDER</u>

                              /

        Plaintiff is a federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2005, plaintiff filed a document styled "Motion for Clarification." The court construes this motion as a request for reconsideration by this court of its October 11, 2005 order granting in part plaintiff's motion to continue the pretrial conference by denying plaintiff's request to reopen discovery. After review of the record herein, and good cause appearing, plaintiff's motion will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October 24, 2005 motion for clarification is construed as a request for reconsideration by this court of that

/////

/////

/////

1

1  portion of its October 11, 2005 order that denies plaintiff's request to reopen discovery and, so
2  construed, is denied.
3  DATED: November 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
phel2481.o5