IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COY PHELPS,                           No. CIV-S-03-2481 MCE/JFM P

    Plaintiff,

  v.                                  ORDER

STATE OF CALIFORNIA, ET AL.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On October 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1  Plaintiff has filed objections to the findings and
2  recommendations and the City of Lodi defendants have filed a
3  reply to plaintiff's objections.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
6  <u>de novo</u> review of this case.  Having carefully reviewed the
7  entire
8  file, the court finds the findings and recommendations to be
9  supported by the record and by proper analysis.
10     Accordingly, IT IS HEREBY ORDERED that:
11     1.  The findings and recommendations filed October 26, 2005,
12 are adopted in full;
13     2.  Defendants' June 24, 2005 motion for summary judgment is
14 granted; and
15     3.  The Clerk of the Court is directed to enter judgment in
16 this action in accordance with this order and this court's
17 September 8, 2004 order.
18 DATED: November 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE